THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARY B. NICHOLS and GEORGE NICHOLS, as Trustees under the Last Will and Testament of JOHN W. T. NICHOLS, Deceased, Respondents, v. WILLIAM STANLEY MILLER and Others, as Commis-

sioners of Taxes and Assessments of the City of New York, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.